IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DAVID LIVINGSTON,**

      **Petitioner,**

**v.**                                                       **Case No. 1:08cv77**
                                                              **(Judge Keeley)**

**JOE DRIVER, Warden,**

      **Respondent.**

## ORDER FOR PETITIONER TO PROVIDE INFORMATION

On February 8, 2008, the *pro se* petitioner initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Upon review of this pleading, the undersigned finds that its content and structure suggests that the petitioner had assistance in preparing the same. Accordingly, the petitioner shall have twenty days from service of this Order to file an Affidavit with the Clerk of the Court identifying the name, occupation and address of any individual who assisted him in its preparation.

IT IS SO ORDERED.

The Clerk shall mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: February 20, 2008.

                                                    /s/ James E. Seibert
                                                    JAMES E. SEIBERT
                                                    UNITED STATES MAGISTRATE JUDGE